# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 17-1767-DOC (JCGx)                                       Date: June 18, 2018

Title: CHRISTINA GARCIA V. CAPISTRANO UNIFIED SCHOOL DISTRICT

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                    None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On March 30, 2018, the Court issued an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 22), dismissing certain claims and allegations without prejudice, and giving Plaintiff until April 23, 2018 to file an amended pleading, if desired. On April 4, 2018, the Court extended Plaintiff's deadline to amend until her pleadings until seven days after the Court issued an Order on a Motion for Reconsideration in a related case, Case No. SA CV 16-2111-DOC (JCGx). *See* Order Extending Amendment Deadline (Dkt. 23). On April 16, 2018, the Court set April 30, 2018 as the deadline to file an amended pleading. *See* Order Setting Amendment Deadline (Dkt. 24). Plaintiff did not file an amended pleading at any time on, before, or after April 30, 2018.

Under Federal Rule of Civil Procedure Rule 12(a)(4)(A): "if the court denies the motion [to dismiss] or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action." Fed. R. Civ. P. 12(a)(4)(A). Here, after the Court denied in part the Motion to Dismiss, and Plaintiff did not amend her pleading by the April 30, 2018 deadline, the Court's denial in part of the Motion to Dismiss became final, and Defendants' Answer became due within 14 days of April 30, 2018.

Therefore, the Court hereby orders plaintiff (s) to show cause in writing no later than **June 22, 2018** why this action should not be dismissed as to all remaining defendants for lack of prosecution.

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following as an appropriate response to this OSC if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- **Answer to Complaint;**
- **Request for Entry of Default; or**
- **Notice of Voluntary Dismissal (F.R.Civ.P .41)**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

MINUTES FORM 11
CIVIL-GEN                                                               Initials of Deputy Clerk:  djl